039180/01245/PEH/JNR

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| STANLEY ANDERSON, | |
| Plaintiff, | Case Number 16-cv-1227-JES-JEH |
| v. | Chief Judge James E. Shadid |
| WEXFORD HEALTH SOURCES, INC., a foreign corporation, S. MILLER, R.N., | Magistrate Judge Jonathan E. Hawley |
| Defendants. | |

## MOTION TO DISMISS

NOW COMES the Defendant, WEXFORD HEALTH SOURCES, INC. by and through its attorneys, CASSIDAY SCHADE LLP, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby submits its Motion to Dismiss, stating as follows:

1. On June 20, 2016, Plaintiff filed the instant Complaint pursuant to 42 U.S.C. §1983 regarding events that allegedly occurred within the Illinois Department of Corrections. Doc. 1. Plaintiff alleged a §1983 claim against Wexford Health Sources, Inc., based upon *respondeat superior*.

2. According to Federal Rule of Civil Procedure 12(b)(6), a party may assert by Motion a defense of failure to state a claim upon which relief can be granted. Fed. R. Civ. Pro. 12(b)(6).

3. *Respondeat superior* liability does not apply to private corporations under §1983. *Iskander v. Village of Forest Park,* 690 F.2d 126128 (7th Cir. 1982). Accordingly, a *respondeat superior* claim against Wexford Complaint fails to state a claim upon which relief can be granted and should be dismissed.

4. Filed contemporaneously and incorporated by reference is a Memorandum of Law in Support of this Motion.

WHEREFORE, for the above reasons, Defendant respectfully requests this Honorable Court grant its Motion to Dismiss or such further relief as deemed appropriate.

    Respectfully submitted,

    CASSIDAY SCHADE LLP

    By: /s/ Joseph N. Rupcich
        Attorneys for Defendant, WEXFORD HEALTH SOURCES, INC.

Joseph N. Rupcich
ARDC No. 6283899
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
jrupcich@cassiday.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 12, 2016, I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

Kenneth N. Flaxman, Esq.
Kenneth N. Flaxman, P.C.
200 South Michigan Avenue, Suite 1240
Chicago IL 60604
(312) 427-3200
(312) 427-3930 (Fax)
knf@kenlaw.com

                                                                                   /s/ Joseph N. Rupcich

8293953 JRUPCICH